```
                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF TEXAS
                            FORT WORTH DIVISION

VIRGINIA COPE-WATSON          §
                              §
VS.                           §     CIVIL ACTION NO.4:07-CV-672-Y
                              §
MICHAEL J. ASTRUE,            §
Commissioner of               §
Social Security               §
```

## ORDER ADOPTING MAGISTRATE JUDGE'S
## FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On August 7, 2008, the United States magistrate judge issued his proposed findings, conclusions, and recommendation ("findings") in the above-styled and -numbered cause. In his findings, the magistrate judge recommended that the Court affirm the decision of the commissioner of the Social Security Administration denying plaintiff Virginia Cope-Watson's claims for disability insurance benefits and supplemental security income under Titles II and XVI of the Social Security Act. All parties had until August 29 to file written objections to the magistrate judge's proposed findings.

Cope-Watson filed objections requesting that the Court reject the magistrate judge's findings. The commissioner did not file a response.

After carefully reviewing the findings, record, case law, and Cope-Watson's objections, applying a *de novo* standard of review, the Court concludes that the findings should be and are hereby ADOPTED as the findings and conclusions of the Court for the reasons stated therein.

Accordingly, the commissioner's decision is AFFIRMED.

SIGNED September 16, 2008.

                                                                   TERRY R. MEANS
                                                                   UNITED STATES DISTRICT JUDGE